David D. Lawrence, Esq. [State Bar No. 123039]
E-Mail: dlawrence@lbaclaw.com
Christina M. Sprenger, Esq. [State Bar No. 205105]
E-Mail: csprenger@lbaclaw.com
Daniel S. Cha, Esq, [State Bar No. 260256]
E-Mail: dcha@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
1600 North Broadway, Suite 1010
Santa Ana, California 92706
Telephone No. (714) 479-0180
Facsimile No. (714) 479-0181

Attorneys for Defendants

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA RASHID RADWAN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF ORANGE, ~~MICHAEL CARONA~~, ~~JAMES FOUSTE~~, ~~SEAN HILLIARD~~, MATTHEW PRINCE, ~~MARK KUNAR~~, MARK HERGESHEIMER, ~~IRA ESSOE~~, MICHAEL PADILLA, MANUEL GARCIA, CYRIL FOSTER, ~~THOMAS STREETER~~, DAVID HERNANDEZ, ~~JARRETT KURIMAY~~ and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. SACV 08-00786 AG (ANx)<br><br>**[JUDGMENT**<br><br><br><br>**MATTER FOR DETERMINATION BY THE HONORABLE ANDREW J. GUILFORD** |

# PRETRIAL PROCEEDINGS

On August 18, 2010, the Court granted summary judgment in favor of James Fouste, Mark Kunar, Jarrett Kurimay, and Michael Carona. The Court granted summary adjudication in favor of the County of Orange on Plaintiff's *Monell* claim. In addition, the Court granted summary adjudication in favor of the remaining Defendants on Plaintiff's claims of unlawful detention, unreasonable searches, and false arrest under 42 U.S.C. § 1983 – Fourth Amendment; and on Plaintiff's claim of retaliation under 42 U.S.C. § 1983 – First Amendment; and on some of the Plaintiff's claims of excessive force under 42 U.S.C. § 1983 – Fourth Amendment as to some of the remaining Defendants; and on the Plaintiff's claim of "bystander" and "supervisor" liability under 42 U.S.C. § 1983, except as to Ira Essoe; and on the Plaintiff's state law claim of false arrest; and on the Plaintiff's state law claim of negligent infliction of emotional distress.

On May 31, 2011, pursuant to a Stipulation of the parties, the Court dismissed with prejudice all of the Plaintiff's remaining claims against Ira Essoe and Sean Hilliard.

On June 8, 2011, pursuant to a new Pretrial Conference Order, the Plaintiff withdrew all remaining claims against the remaining Defendants, except for his claims of excessive force under 42 U.S.C. § 1983 – Fourth Amendment, and dismissed the County of Orange as a Defendant.

# TRIAL

This action came on regularly for trial on June 14, 2011 in Courtroom 10D of the United States District Court at 411 W. 4th Street, Santa Ana, California, the Honorable District Judge Andrew J. Guilford presiding. Plaintiff Joshua Rashid Radwan appeared by Attorneys Christopher Mears and Carol Lavacot, and Defendants Matthew Prince, Mark Hergesheimer, Michael Padilla, Cyril Foster,

Manuel Garcia, and David Hernandez appeared by Attorneys David Lawrence and Daniel Cha.

A jury of eight persons was regularly empanelled and sworn. Witnesses were sworn and testified. On June 30, 2011, the Court excused one juror for medical reasons. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on special issues.

The jury deliberated and thereafter returned to Court with its verdict as follows on July 1, 2011:

## **SPECIAL VERDICT**

1. Did any Defendant violate Plaintiff Joshua Radwan's Constitutional Rights?

    (Answer "Yes" or "No" following the name of each Defendant)

    | | | |
    |---|---|---|
    | A. | Matthew Prince | NO |
    | B. | Mark Hergesheimer | NO |
    | C. | Michael Padilla | NO |
    | D. | David Hernandez | NO |
    | E. | Cyril Foster | NO |
    | F. | Manuel Garcia | NO |

    (If you answered "No" as to all Defendants, then sign and return this Verdict. If you answered "Yes" as to any Defendant, then as to each Defendant, answer the next Question.)

2. Did the unconstitutional conduct of any Defendant cause injury to the Plaintiff?

    (Answer "Yes" or "No" following the name of each Defendant for whom you answered Question 1 "Yes".)

    | | | |
    |---|---|---|
    | A. | Matthew Prince | |
    | B. | Mark Hergesheimer | |

|   |   | C. | Michael Padilla | _____ |
|---|---|----|----|----|
|   |   | D. | David Hernandez | _____ |
|   |   | E. | Cyril Foster | _____ |
|   |   | F. | Manuel Garcia | _____ |

(Answer Question 3.)

3. State the <u>TOTAL AMOUNT</u> of all damages for the Plaintiff's physical injuries you find were caused by excessive force.

   Total Amount $_____

4. If there is a Defendant for whom you answered "Yes" in Question 1 but did not find physical injuries resulting from that Defendant's unconstitutional conduct, state the nominal damages against that Defendant, not exceeding $1 as to each Defendant.

   A. Matthew Prince _____
   B. Mark Hergesheimer _____
   C. Michael Padilla _____
   D. David Hernandez _____
   E. Cyril Foster _____
   F. Manuel Garcia _____

Dated:_____                    /s/_____
                                          FOREPERSON

///

///

///

Based upon the rulings and verdict in this matter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

That judgment shall be entered in favor of Defendants County of Orange, Michael Carona, James Fouste, Matthew Prince, Mark Kunar, Mark Hergesheimer, Michael Padilla, Manuel Garcia, Cyril Foster, David Hernandez, and Jarrett Kurimay and against the Plaintiff Joshua Rashid Radwan on all claims. Any costs and attorney's fees as the Court may deem to be recoverable will be reserved and determined by the Court at a further hearing.

IT IS SO ORDERED.

DATED:    July 21, 2011

HONORABLE ANDREW J. GUILFORD
United States District Judge

Respectfully submitted by:

LAWRENCE BEACH ALLEN, & CHOI, PC


By_____
        DAVID D. LAWRENCE
        CHRISTINA M. SPRENGER
        DANIEL S. CHA
        Attorneys for Defendants